Tequiero "TK" Smith, *pro hac vice*
MO Bar No. 57444
THE BARNES LAW FIRM, LLC
919 W. 47th Street
Kansas City, MO 64112-1225
(816) 221-4321
(816) 471-4321 Fax
tksmith@law4321.com

Christine H. Bachman
CA Bar No. 233989
Paradigm Sports Management, LLC
17461 Derian Avenue, Suite 108
Irvine, CA 92614
Phone: (949) 743-2220
Fax: (949) 382-1409
ChristineB@paradigmsm.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AUDIE ATTAR,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN "JR" RICKERT,<br><br>            Defendant. | Case No. SACV 11-1426 AG (ANX)<br><br>Honorable Andrew J. Guilford<br><br>**JUDGMENT** |

This matter, having come before the Honorable Andrew J. Guilford on Plaintiff's Motion to Enforce Settlement, and the Court having issued an Order Granting Plaintiff's Motion to Enforce Settlement on December 3, 2012, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is hereby entered in favor of Plaintiff, Audie Attar and against Defendant, John "JR" Rickert in the amount $46,000.00, plus interest at the legal rate as provided by law, and;

///

///

2. Plaintiff, Audie Attar shall recover his taxable costs.

Dated: December 10, 2012

_____
HON. ANDREW GUILFORD
U.S. DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA